■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RADHAMES ALMONTE, Appellant. [682 NYS2d 347] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered May 28, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a violent felony offender, to a term of 3 to 9 years, unanimously affirmed.

The record establishes that defendant's plea was entered knowingly and voluntarily, and that he was afforded effective assistance of counsel. We perceive no abuse of sentencing discretion. Concur—Tom, J. P., Mazzarelli, Andrias and Saxe, JJ.